| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TABLE 8 SOUTH BEACH, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **201730390** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1458 Ocean Drive<br>Miami Beach, FL         ZIP CODE 33139 | Street Address of Joint Debtor (No. & Street, City, and State):         ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Miami-Dade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):         ZIP CODE | Mailing Address of Joint Debtor (if different from street address):         ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):         ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                                 THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TABLE 8 SOUTH BEACH, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||| 
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X Not Applicable**<br>Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TABLE 8 SOUTH BEACH, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _/s/ Charles W. Throckmorton_
Signature of Attorney for Debtor(s)
Charles W. Throckmorton, Esq., 286192
Printed Name of Attorney for Debtor(s) / Bar No.

**KOZYAK TROPIN & THROCKMORTON, P.A.**
Firm Name
2525 Ponce De Leon 9th Floor
Address
Miami, FL 33134

(305) 372-1800       (305) 372-3508
Telephone Number

7/17/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_
Signature of Authorized Individual
**Joshua Woodward**
Printed Name of Authorized Individual
**Managing Member**
Title of Authorized Individual
7-17-09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Joshua Woodward, declare under penalty of perjury that I am the Managing Member of TABLE 8 SOUTH BEACH, LLC, a company ("Company") and that on __17TH__ the following resolution was duly adopted by the undersigned:

> Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;
>
> Be it Therefore Resolved, that Joshua Woodward, Managing Member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and
>
> Be it Further Resolved, that Joshua Woodward, Managing Member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and
>
> Be it Further Resolved, that Joshua Woodward, Managing Member of the Company, is authorized and directed to employ Charles W. Throckmorton, Esq., attorney and the law firm of Kozyak Tropin & Throckmorton, P.A., to represent the Company in such bankruptcy case.

IN WITNESS WHEREOF, I have hereunto set my hand this __17__ day of July, 2009.

TABLE 8 SOUTH BEACH, LLC

By: _____
Name: Joshua Woodward
Title: Managing Member

303428

944 Magazine
1691 Michigan Avenue, Suite 340
Miami Beach, FL 33139

Admiral Insurance Brokerage Corp.
5507 Avenue N.
Brooklyn, NY 11234

American International Group, Inc.
Specialty Workers Compensation
P.O Box 409
Parsippany, NJ 07054-0409

Antares, Inc
7250 N.W 36th Ave
Miami, FL 33147

Bay View Linen Co.
1040 S.W. 10th Ave.
Pompano Beach, FL 33069

Buckhead Beef of Florida
355 Progress Road
Auburndale, FL 33823

City of Miami Beach/Finance Resort Tax
1700 Convention Center Drive
Miami Beach, FL 33139

Cintas Corporation
Deonnee Brown
5600 W. 73 St
Chicago, IL 60638-6212

Commercial Appliance
8416 Laurel Fair Circle #114
Tampa, FL 33610

City Fire Equipment
7963 N.W. 14 St.
Miami, FL 33126-1613

Cusano's Italian Bakery
208 N.W. 4th Avenue
Hallandalle, FL 33009

Dining Out
1508 Bay Road Suite # 927
Miami Beach, FL 33139

DLR consulting Group
11943 Royce Waterford Circle
Tampa, FL 33626

Eagle Brands, Inc.
3201 N.W. 72nd Avenue
Miami, FL 33122

Ecolab
P.O. Box 70343
Chicago, IL 60673

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

Florida Power & Light
General Mail Facility
Miami, FL 33188

Gioia Cheese Co. Inc.
d/b/a Caseificio Gioia Mozarella
1605 Potrero Ave. South
El Monte, CA 91733

Goldstein, Schechter, Price,
Lucas, Horwitz & Co. PA
2121 Ponce De Leon 11th Floor
Coral Gables, FL 33134

Gray V
2770 Arapahoe Road Suite # 132
PMB 200
Lafayette, CO 80026

Greater Miami Convention & Visitors Bureau
701 Brickell Avenue Suite 2700
Miami, FL 33131

Independent Seafood
P.O Box 7098
West Palm Beach, FL 33405-7098

Map Project
P.O Box 17344
Covington, KY 41017

Miami-Dade Tax Collector
140 West Flagler Street
Miami, FL 33130-1575

Miami New Times
P.O Box 011591
Miami, FL 33101

Mimo Maintenance, Inc.
6800 SW 40ST Suite 337
Miami, FL 33155

Modern Luxury Media, LLC
P.O. Box 512808
Los Angeles, CA 90051-0808

Ocean Drive
257 Park Ave South, 5th Floor
New York, NY 10010

OpenTable, Inc.
Payment Lockbox
P.O. Box 49322
San Jose, CA 95161-9322

Paychex

Pesco Peninsula Energy Svces.
P.O. Box 960
Winter Haven, FL 33882-0960

Post Time USA
1800 NE 114th Street Suite # 2103
North Miami, FL. 33181

Premier Beverage Co. LLC
60 E. 42nd Street Suite 1915
New York, New York 10165

Prime Mechanical Services, Inc.
1854 N.W. 21st Street
Pompano Beach, FL. 33069

Pronto Cash
207 11 St.
Miami Beach, FL 33139

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

R.L. Schreiber

Regulatory Compliance Services
230 S. Adams Street
Tallahassee, FL 32301

Restaurant News
P.O Box 5038
Brentwood, TN 37024

ROS Operating Company, LLC
8150 N.W. 93rd Street
Medley, FL. 33166

Selected Brands Distributors, LLC
5001 N.W. 13th Ave. Suite # L
Deerfield Beach, FL. 33064

Six Degrees Miami, LLC
2001 Biscayne Blvd. Suite # 2512
Miami, FL 33137

Sunshine Cleaning Contractors, Inc.
3521 S.W 23 Street
Miami, FL 33145

South Beach Resort Development, LLC
1458 Ocean Drive
Miami Beach, FL 33139

Swisher Hygiene Franchisee Trust
P.O Box 473526
Charlotte, NC 28247-3526

The Produce Connection
22 N.W. 23rd Street
Miami, FL 33142

US Food service

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re: **TABLE 8 SOUTH BEACH, LLC**
Debtor

Case No. _____

Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: July 17, 2009

Signed: Joshua Woodward