UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                             Chapter 7

TABLE 8 SOUTH BEACH, LLC                           Case No. 09-25060-BKC-LMI

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Gregory M. Garno, Esq. and the law firm of Genovese Joblove & Battista, P.A. hereby enter their appearance as counsel for South Beach Resort Development, LLC.  In accordance with Bankruptcy Rule 2002 and Local Rule 2002-1 all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

    In addition, it is respectfully requested that, pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

> Gregory M. Garno, Esq.
> Genovese Joblove & Battista, P.A.
> Bank of America Tower
> 100 SE 2nd Street, 44th Floor
> Miami, FL  33131
> Tel: (305) 349-2300
> Fax: (305) 349-2310
> Email: ggarno@gjb-law.com

**Certificate of Service in Compliance with Local Rule 9011-4(B)(1) and 2090-1(A)**

I HEREBY CERTIFY that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that a true and correct copy of the foregoing was served via U.S. Mail and/or electronic mail to all parties on the attached service list, this 21st day of August, 2009.

        **Genovese Joblove & Battista, P.A.**
        Attorneys for South Beach Resort Development, LLC
        100 SE 2nd Ave, Suite 4400
        Miami, Florida 33131
        Tel: (305) 349-2300
        Fax: (305) 349-2310

        By: /s/ Gregory M. Garno
            Gregory M. Garno, Esq.
            Florida Bar No. 087505

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 09-25060-LMI<br>Southern District of Florida<br>Miami<br>Fri Aug 21 16:07:21 EDT 2009 | City of Miami Beach<br>Office of the City Attorney<br>c/o Steven H. Rothstein<br>1700 Convention Center Dr 4 Floor<br>Miami Beach, FL 33139-1819 | Table 8 South Beach, LLC<br>1458 Ocean Drive<br>Miami Beach, FL 33139-4162 |
| 944 Magazine<br>1691 Michigan Avenue, Suite 340<br>Miami Beach, FL 33139-2557 | Admiral Insurance Brokerage Corp.<br>5507 Avenue N.<br>Brooklyn, NY 11234-4005 | American International Group, Inc.<br>Specialty Workers Compensation<br>P.O Box 409<br>Parsippany, NJ 07054-0409 |
| Antares, Inc<br>7250 N.W 36th Ave<br>Miami, FL 33147-5834 | Bay View Linen Co.<br>1040 S.W. 10th Ave.<br>Pompano Beach, FL 33069-4628 | Buckhead Beef of Florida<br>355 Progress Road<br>Auburndale, FL 33823-2712 |
| Cintas Corporation<br>Deonnee Brown<br>5600 W. 73 St<br>Chicago, IL 60638-6212 | City Fire Equipment<br>7963 N.W. 14 St.<br>Miami, FL 33126-1613 | City of Miami Beach/Finance Resort Tax<br>1700 Convention Center Drive<br>Miami Beach, FL 33139-1819 |
| Commercial Appliance<br>8416 Laurel Fair Circle #114<br>Tampa, FL 33610-7360 | Cusano's Italian Bakery<br>208 N.W. 4th Avenue<br>Hallandalle, FL 33009-4015 | DLR consulting Group<br>11943 Royce Waterford Circle<br>Tampa, FL 33626-3313 |
| Dining Out<br>1508 Bay Road Suite # 927<br>Miami Beach, FL 33139-3242 | Eagle Brands, Inc.<br>3201 N.W. 72nd Avenue<br>Miami, FL 33122<br>Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0001 | Florida Department of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399-0120 |
| Florida Department of Revenue<br>Post Office Box 6668<br>Tallahassee, Florida  32314-6668 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Gioia Cheese Co. Inc.<br>d/b/a Caseificio Gioia Mozarella<br>1605 Potrero Ave. South<br>El Monte, CA 91733-3018 |
| Goldstein, Schechter, Price,<br>Lucas, Horwitz & Co. PA<br>2121 Ponce De Leon 11th Floor<br>Coral Gables, FL 33134-5224 | Gray V<br>2770 Arapahoe Road Suite # 132<br>PMB 200<br>Lafayette, CO 80026-8016 | Greater Miami Convention & Visitors Bureau<br>701 Brickell Avenue Suite 2700<br>Miami, FL 33131-2821 |
| Independent Seafood<br>P.O Box 7098<br>West Palm Beach, FL 33405-7098 | Map Project<br>P.O Box 17344<br>Covington, KY 41017-0344 | Miami New Times<br>Garry Alhalel, PA<br>25 SE 2nd Ave  #1045<br>Miami, FL 33131-1673 |
| Miami-Dade Tax Collector<br>140 West Flagler Street<br>Miami, FL 33130-1575 | Mimo Maintenance, Inc.<br>6800 SW 40ST Suite 337<br>Miami, FL 33155-3708 | Modern Luxury Media, LLC<br>P.O. Box 512808<br>Los Angeles, CA 90051-0808 |

| | | |
|---|---|---|
| Ocean Drive<br>257 Park Ave South, 5th Floor<br>New York, NY 10010-7304 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | OpenTable, Inc.<br>Payment Lockbox<br>P.O. Box 49322<br>San Jose, CA 95161-9322 |
| Pesco Peninsula Energy Svces.<br>P.O. Box 960<br>Winter Haven, FL 33882-0960 | Post Time USA<br>1800 NE 114th Street Suite # 2103<br>North Miami, FL 33181-3413 | Premier Beverage Co. LLC<br>60 E. 42nd Street Suite 1915<br>New York, New York 10165-6230 |
| Prime Mechanical Services, Inc.<br>1854 N.W. 21st Street<br>Pompano Beach, FL 33069-1306 | Pronto Cash<br>207 11 St.<br>Miami Beach, FL 33139-5006 | Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 |
| ROS Operating Company, LLC<br>8150 N.W. 93rd Street<br>Medley, FL 33166-2030 | Regulatory Compliance Services<br>230 S. Adams Street<br>Tallahassee, FL 32301-1729 | Restaurant News<br>P.O Box 5038<br>Brentwood, TN 37024-5038 |
| Selected Brands Distributors, LLC<br>5001 N.W. 13th Ave. Suite # L<br>Deerfield Beach, FL 33064-8649 | Six Degrees Miami, LLC<br>2001 Biscayne Blvd. Suite # 2512<br>Miami, FL 33137-5022 | South Beach Resort Development, LLC<br>1458 Ocean Drive<br>Miami Beach, FL 33139-4162 |
| Sunshine Cleaning Contractors, Inc.<br>3521 S.W 23 Street<br>Miami, FL 33145-3018 | Swisher Hygiene Franchisee Trust<br>P.O Box 473526<br>Charlotte, NC 28247-3526 | The Produce Connection<br>22 N.W. 23rd Street<br>Miami, FL 33125 |
| Charles W Throckmorton Esq<br>2525 Ponce De Leon Blvd #9th Flr<br>Miami, FL 33134-6039 | Charles W. Throckmorton<br>2525 Ponce de Leon Blvd 9FL<br>Coral Gables, FL 33134-6037 | Joel L Tabas<br>14 NE 1 Ave PH<br>Miami, FL 33132-2547 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Paychex | (u)R.L. Schreiber |
| (u)US Food service | End of Label Matrix<br>Mailable recipients   50<br>Bypassed recipients    4<br>Total                  54 | |